EUNICE V. TAYLOR, Appellant, v. HERBERT E. WAIT et al., Respondents.— This appeal was transferred to this court by the Appellate Division of the Fourth Department (269 App. Div. 965). Plaintiff has appealed from an order of the Onondaga Special Term of the Supreme Court dismissing her amended complaint for failure to state facts sufficient to constitute a cause of action pursuant to rule 106 of the Rules of Civil Practice. The amended complaint has general allegations of fraud, conspiracy and criminal assault. Giving the pleading the most liberal construction it fails to state any facts sufficient to constitute a cause of action. Order affirmed, without costs. All concur. [See post, p. 867.]

THEODORE BAILLEY, Respondent, v. FRED GRAZIANE, Appellant:— Appeal from a judgment of the Saratoga County Court. It was tried upon the theory that it was an action for rescission. There was no proof of a tender or offer to return. The trial judge, without an amendment of the pleadings, submitted this case to the jury on the theory of rescission. Judgment reversed on the law and facts and a new trial granted, without costs. Leave is granted to the plaintiff to apply for such an amendment of the complaint as he deems necessary. All concur.